

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-16-2012

# Merrill Lynch Pierce Fenner Sm v. Cheryl Schwarzwaelder

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-2605

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Merrill Lynch Pierce Fenner Sm v. Cheryl Schwarzwaelder" (2012). *2012 Decisions.* Paper 282.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/282

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

October 4, 2012

No. **11-2605**

MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED,
Appellant

v.

CHERYL SCHWARZWAELDER

(W.D. Pa. Nos. 2-11-cv-00107 and No. 2-11-cv-00162)

Present:  SLOVITER and VANASKIE, <u>Circuit Judges</u>

1. Appellee's Petition for Reconstitution of Panel or, Alternatively, for Rehearing by the Panel.

2. Appellant's Answer to the Petition for Rehearing

Respectfully,
Clerk

_____**ORDER**_____

The foregoing petition for panel rehearing and reconstitution of the panel is granted.  Oral argument will be scheduled at the convenience of the panel.

By the Court,

<u>s/ Thomas I. Vanaskie</u>
Circuit Judge

Dated:    October 16, 2012

Tnh/cc:      Joseph H. Chivers, III, Esq.
Patricia A. Tsipras, Esq.
Lauren D. Rushak, Esq.
Michael J. Fortunato, Esq.